**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERICK DANIEL FUENTES LOPEZ,<br>Petitioner,<br>v.<br>WARDEN: CHRISTOPHER LAROSE; et al.,<br>Respondents. | Case No.: 26-cv-5771-BJC-JAC<br>**ORDER GRANTING JOINT MOTION TO DISMISS [ECF NO. 5]** |

Pending before the Court is the parties' Joint Motion to Dismiss. Good cause appearing, the Court **GRANTS** the Joint Motion. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: October 15, 2026

Honorable Benjamin J. Cheeks
United States District Judge